IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED
APR 19 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY ____ DEPUTY

| | |
|---|---|
| MICHELLE LEE HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-11-838-W |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 29, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this matter and recommended that the decision of defendant Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying the Application for Supplemental Security Income filed by plaintiff Michelle Lee Holmes be reversed. Magistrate Judge Roberts further recommended that this matter be remanded to the Commissioner for certain specified action. The parties were advised of their right to object to Magistrate Judge Roberts' Report and Recommendation, but neither party has objected within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Roberts' finding that remand of this matter is warranted so that the record may be more fully developed as to Holmes' capabilities in light of the administrative law judge's determination that Holmes' depression was a severe impairment and so that a consultative examination of Holmes' mental status may be conducted to secure a mental health professional's opinion of Holmes' capabilities.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 14] issued on March 29, 2012;

(2) REVERSES the Commissioner's decision denying Holmes' Application for Supplemental Security Income;

(3) REMANDS this matter to the Commissioner pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings in accordance with this Order and Magistrate Judge Roberts' Report and Recommendation and

(4) ORDERS that judgment pursuant to this Order issue forthwith.

ENTERED this 19th day of April, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE